| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Amanda Seabock, Esq., SBN 289900<br>Chris Carson, Esq., SBN 280048 |
| 3 | Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax |
| 5 | amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff, SCOTT JOHNSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT JOHNSON, | ) | Case No.: 5:19-CV-06166-SVK |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| EL CAMINO CORNERS, LLC, a California Limited Liability Company; ANNACHIKADAI, INC., a California Corporation; and Does 1-10, | ) | |
| Defendants, | ) | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: January 07, 2020      /s/ Amanda Lockhart Seabock
                              Amanda Lockhart Seabock
                              Attorney for Plaintiff