United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 19-cv-06166-SVK |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| EL CAMINO CORNERS, LLC,, et al., | Re: Dkt. No. 12 |
| Defendants. | |

Plaintiff reports that this case has settled. ECF 12. All previously-scheduled deadlines and appearances are vacated.

Plaintiff has not provided support for his request for 60 days to finalize the settlement. Accordingly, the Court orders that by **February 6, 2020**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **February 11, 2020 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **February 7, 2020**, advising as to (1) the status of the parties' efforts to finalize settlement, and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: January 7, 2020

SUSAN VAN KEULEN
United States Magistrate Judge