UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>EL CAMINO CORNERS, LLC,, et al.,<br><br>        Defendants. | Case No. 19-cv-06166-SVK<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

On January 7, 2020, Scott Johnson ("Plaintiff") notified this Court that this case had settled. Dkt. 12. On the same date, this Court issued an order to show cause requiring the parties to file either a stipulation of dismissal by February 6, 2020 or a show cause response by February 7, 2020. Dkt. 13. The Court set an order to show cause hearing for February 11, 2020 at 10:00 a.m. *Id*.

On February 7, 2020, Plaintiff's attorney filed a declaration indicating that the written settlement agreement had been finalized but the parties were in the process of circulating the agreement for signatures. Dkt. 14. Plaintiff requests that this Court continue the February 11, 2020 show cause hearing to allow the parties to finalize the case and file a dismissal. *Id*.

Accordingly, the February 11, 2020 order to show cause hearing is **CONTINUED** to **March 10, 2020 at 10:00 a.m.** This will be the only continuance. A stipulation of dismissal is due by **March 9, 2020,** and the March 10, 2020 hearing will be taken off calendar **ONLY** upon the filing of a dismissal.

**SO ORDERED.**

Dated: February 7, 2020

SUSAN VAN KEULEN
United States Magistrate Judge