CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Joseph R. Kafka, Esq. (SBN: 139510)
jr-kafka@sbcglobal.net
LAW OFFICES OF JOSEPH R.KAFKA
1541 The Alameda
San Jose, California 95126
Telephone: (408) 993- 8441
Facsimile: (408) 279-0402
Attorneys for Defendants
El Camino Corners, LLC and Annachikadai, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

Plaintiff,

v.

EL CAMINO CORNERS, LLC, a California Limited Liability Company; ANNACHIKADAI, INC., a California Corporation; and Does 1-10,

Defendants.

Case No.: 5:19-CV-06166-SVK

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 05, 2020 CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: March 05, 2020 LAW OFFICES OF JOSEPH R.KAFKA

By: /s/ Joseph R. Kafka
Joseph R. Kafka
Attorneys for Defendants
El Camino Corners, LLC and Annachikadai, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Joseph R. Kafka, counsel for El Camino Corners, LLC and Annachikadai, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 05, 2020 CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff